No. 27,972.

FAY FOSTER et al., *Appellees*, v. THE CAPITAL GAS AND ELECTRIC COMPANY and THE CITY OF TOPEKA, *Appellants*.

(268 Pac. 738.)

Opinion on rehearing filed July 7, 1928. (For original opinion see 125 Kan. 574, 265 Pac. 81.)

*Fred S. Jackson, H. A. Russell,* both of Topeka, and *Robert D. Garver,* of Kansas City, Mo., for appellant The Capital Gas and Electric Company; *J. E. Addington, Robert Stone, George T. McDermott, Robert L. Webb, James A. McClure, Ralph T. O'Neil* and *Beryl R. Johnson,* all of Topeka, for appellant The City of Topeka.

*J. J. Schenck, W. E. Atchison, H. Ward Page, Ira Burkholder, Paul Edgar* and *W. Glenn Hamilton,* all of Topeka, for the appellees.

The opinion of the court was delivered by

HOPKINS, J.: A motion for rehearing was granted in this action on the question as to whether the construction and maintenance of a sewer is a governmental function as distinguished from ministerial or proprietary. Additional briefs were filed on the question and oral argument had, since which time we are advised the judgment has been paid. Under the circumstances, the case has become moot and no decision on the question submitted is necessary.